

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00306-CV
### No. 10-18-00307-CV

### IN THE INTEREST OF A.K. AND A.J., CHILDREN
### AND
### IN THE INTEREST OF A.J., A CHILD

**From the 74th District Court**
**McLennan County, Texas**
**Trial Court Nos. 2017-618-3 and 2017-1187-3**

## O R D E R

Appellant filed a motion for extension of time to file his response to a motion to withdraw and a supporting *Anders* brief in these proceedings in which the trial court had terminated appellant's parental rights to his children. Appellant has requested 30 additional days because his access to the law library where he is in prison is limited. Appellant's requests will only be granted in part.

Because this is a response to a motion to withdraw and *Anders* brief and not a full appellant's brief in each of these proceedings, Appellant's responses are not required to contain specific references to the record or case authorities. Appellant's responses are

sufficient if they direct the Court to the issues upon which the appellant believes the trial court erred. In conducting its review of the entire record for possible error, the Court will give special attention to the issues to which the Court is directed by the Appellant's responses. If the Court is persuaded that an issue is not frivolous and might support an argument for error and a determination of harm that would result in a modification of the judgment in one or both proceedings, the Court will remand the relevant proceeding or proceedings to the trial court for the appointment of new counsel to fully brief the issue.

Accordingly, because the form of a response to an *Anders* brief is relatively-less restrictive in nature than that which is necessary for a formal brief, appellant is granted an extension of 14 days from the date of this order in which to file a response in each of these proceedings. Accordingly, appellant is ordered to file his responses with this Court, if any, on or before December 19, 2018.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion Granted in Part
Order delivered and filed December 5, 2018

